**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Merritt K. Yochum,                                                                 Civil No. 08-1444 (DWF/JJK)

          Petitioner,

v.                                                                                                          **ORDER**

Lake Country Power, Jeffrey
Sheldon, Sheldon Monson, Dave
Illies and Toni D. Harvey,

          Respondent.

---

Merritt K. Yochum, *Pro Se*, Plaintiff.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 18, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Doc. No. 2), is **DENIED**;

2. Plaintiff's "Ex Party [sic] Application For Oreder [sic] Shortening Time," (Doc. No. 3), is **DENIED**; and

      3.      This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated:  July 14, 2008            <u>s/Donovan W. Frank</u>
                                      DONOVAN W. FRANK
                                      Judge of United States District Court